FILED

05 APR 26 AM 8:3

ROBERT R. DI TRIO
CLERK, U.S. DI ST.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Cr. No. 05-20079
)
DALE SHANE JOHNSON, )
)
    Defendant. )
)

### ORDER WITHDRAWING ORDER OF REFERENCE

The Court having granted attorney Linda Khumalo's Motion to Withdraw and having appointed new counsel during the report date on April 22, 2005, the Order of Reference entered April 22, 2005 is hereby WITHDRAWN.

IT IS SO ORDERED THIS 25 DAY OF April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20079 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Honorable Jon McCalla
US DISTRICT COURT