IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23  AM 11: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

VS.                                         CR. NO. 05-20079

DALE SHANE JOHNSON,

   Defendant.

## ORDER GRANTING DEFENDANT'S
## MOTION TO CONTINUE REPORT SETTING

This cause came on upon the motion of the Defendant to continue the report setting scheduled for June 24, 2005 at 9:00 a.m. For good cause shown, the Court hereby grants the Defendant's motion and waives the Defendant and counsel's presence at this setting.

**IT IS SO ORDERED** this 22 day of June, 2005.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20079 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Jon McCalla
US DISTRICT COURT